IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROSA STANDIFER,
    Plaintiff,

v.                                      Case No.: 3:05cv342/EMT
                                      (formerly Case No.: 3:05cv342/RV/EMT)

BRUNO'S SUPERMARKETS, INC.,
    Defendant.

_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 20, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

      Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. Bruno's Supermarket, Inc., individually and doing business as Food World, is **DISMISSED**, with each party to bear its own fees and costs.

      3. This action is **DISMISSED** in its entirety and the clerk be directed to close the file.

         **DONE AND ORDERED** this 31st day of May, 2006.


                                        /s/ *Roger Vinson*
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**